UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ANDREW ALTMAN**<br>7501 Trafalgar Circle<br>Suite 466<br>Hanover, Maryland 21076<br><br>-and-<br><br>**BEST BUY WATERPROOFING, LLC**<br>7501 Trafalgar Circle<br>Suite 466<br>Hanover, Maryland 21076<br><br>           **Plaintiffs,**<br>v.<br><br>**JOHN DOE**<br>**Unidentified Internet User**<br>**On www.RipOffReport.com**<br><br>           **Defendants.** | *<br>*<br>*<br>*<br>* Case No. _____<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**COMPLAINT AND DEMAND FOR JURY TRIAL**</u>

The Plaintiff, Andrew Altman, owner and operator of Best Buy Waterproofing, LLC, by and through his attorneys A. Donald C. Discepolo, Brandon T. Wolven and Discepolo, LLP, hereby sues the Defendant John Doe, an unidentified internet user on www.RipOffReport.com, and in support thereof states as follows:

<u>Nature of Proceedings</u>

This is an action at law and in equity brought forth as a result of a single unidentified internet user who published false and defamatory posts regarding the Plaintiffs on www.RipOffReport.com ("RipOff Report" hereinafter), an online bulletin board website used to review companies anonymously. The Plaintiff has contacted RipOff Report to report the defamatory content identifying the content to be untrue. Furthermore, the Plaintiff attempted to

post a "rebuttal" post on RipOff Report challenging the authentication of the content posted, however, said rebuttal was quickly removed by the websites owner for unknown reasons. The Plaintiff is hereby seeking to challenge and remove the false and defamatory content concerning his business, as the Plaintiff continues to lose business as a direct and proximate result of the unfavorable content.

The most efficient way of dealing with the defamatory messages would be to obtain an injunction against the bulletin board website operator, however, the operator of the bulletin board site is immune from any law suit under the Communications Decency Act of 1996 on claims that would hold them liable for information posted on their bulletin boards by third parties. *See, e.g., Ben Ezra, Weinstein, and Co. v. America Online, Inc*, 206 F.3d 980, 984-86 (10th Cir. 2000); *See also*, 42 U.S.C. §230. Therefore, the Plaintiff's only remedy to protect his personal and professional interests pertaining to Best Buy Waterproofing, LLC is to pursue individually the person who posted and authored the defamatory post against him on RipOff Report. Because the actual names and address of the Defendant is kept anonymous on RipOff Report and are not disclosed to the public, the Plaintiff brings this lawsuit against the Defendant identified at this juncture as a John Doe.

Because the operators of the bulletin board website, RipOff Report, are in possession of information concerning the identity of the Defendant such as IP name/address and email addres, the Plaintiff, by separate motion, will seek the Court's authorization for <u>leave to conduct early discovery from RipOff Report to obtain the identifying information</u> and thereafter will amend this Complaint to substitute the actual names of the Defendants.

## Parties

1. The Plaintiff Andrew Altman is the owner and operator of Best Buy Waterproofing, LLC located at 7501 Trafalgar Circle, Suite 466, Hanover, Maryland and is a resident of Anne Arundel County, Maryland.

2. Plaintiff Best Buy Waterproofing, LLC is a Maryland corporation with its principal place of business located at 7501 Trafalgar Circle, Suite 466, Hanover, Maryland.

3. Upon information and belief, Defendant John Doe is an individual whose names and address of residency are unknown, however, according to the RipOff Report post in question there is information and belief that Defendant John Doe was located in Hanover, Maryland at the time the post was made.

### Jurisdiction and Venue

4. At all times relevant hereto the Plaintiff was a citizen of the State of Maryland.

5. At all times relevant hereto the Defendant John Doe was acting as an anonymous internet user of the bulletin board website "www.RipOffReport.com", and his actual name, address and location are currently unknown for the purposes of this case. According to the RipOff Report post in question the Defendant John Doe was located in Hanover, Maryland at the time the post was made indicating the cause of action took place within the State of Maryland, however, the Report does not indicate whether this post was published by an individual who resides and is domiciled in Maryland, or whether the publisher is a representative of a corporation registered in the State of Maryland. The Plaintiff will seek a motion for leave to conduct early discovery to obtain the identity of the publisher through Xcentric Ventures, LLC user account information and IP address.

6. The Plaintiff in this matter is seeking damages in excess of $75,000.00. Subject matter jurisdiction is proper pursuant to 28 U.S.C. §1332.

7. The Defendants are subject to the personal jurisdiction of this Court under the Maryland Long-Arm Statute, Md. Code Ann., Cts. & Jud. Proc. §6-103(a)-(c) as a result of the occurrence taking place in the State of Maryland through computer information and program.

8. Pursuant to 28 U.S.C. §1391(a), venue is proper in the District of Maryland.

**Factual Background**

9. The Plaintiff, Andrew Altman, is the owner and operator of Best Buy Waterproofing, LLC, a commercial and residential waterproofing company located in Columbia, Maryland that provides constructional waterproofing services to home and property foundations to prevent future water damage to the property.

10. Xcentric Ventures, LLC d/b/a "www.RipOffReport.com", is an online bulletin board website specifically designed to provide a public forum platform for disgruntled consumers to anonymously project their consumer experiences. Once a post is made on RipOff Report, the post becomes a permanent record and an exclusive licensed product of RipOff Report.

11. According to RipOff Reports user agreement, the host website is not responsible for vetting and/or monitoring the truthfulness of user content posted. Moreover, each user, upon creating an user account with RipOff Report, agrees to refrain from making false and defamatory comments on the site. However, no monitoring or protection is provided to prevent false or defamatory posts being published by anonymous users on this site.

12. On Saturday, May 19th, 2018, an anonymous RipOff Report user from Hanover, Maryland posted a Complaint Review against Andrew Altman Best Buy Waterproofing, LLC (Report No. 1443771). The post stated:

> "Andrew Altman should not have a hic [sic] lic [sic] in the [sic]
> any state. During his time at mid atlantic he forged clients
> documents on multiple occasions one causing his termination at

> the company. He also does not follow DEP and EPA regulations on mold or asbestos for his clients. His constent [sic] neglect for health is scare and down right inmoral [sic]. I pray that conmsumers [sic] reach this report before it is to late dealing with managers that handle buainess [sic] such as MR. Altman has. This is not defamation in any way these are cold hard reality of duing [sic] business with Mr. Altman. Please do your research before just hiring anyone. I hope everyone has a blessed day."

13. Despite this anonymous poster's contention that the content in this post is not defamatory, this post is in fact false, defamatory, and has proven damaging to the Plaintiffs' professional and personal reputation.

14. In response to this post, Plaintiff Andrew Altman, individually and on behalf of Best Buy Waterproofing, LLC, posted a rebuttal post on Wednesday, June 20th, 2018, stating:

> "This review is a complete fabrication and may have been generated by my former employer in order to negatively impact my business. In addition to the poor grammar and misspelled words, every fact in this review is incorrect except for the name of my former employer. I have over 30 years of experience in the basement waterproofing industry with hundreds of satisfied customers. Best Buy Waterproofing has consistently received 5-star customer ratings on all the major customer review platforms, including Google, Angie's List and Home Advisor. There is a reason for these high ratings: the quality of our work and our commitment to meeting waterproofing needs of each customer. We also have an A- rating from the Better Business Bureau. It is indeed unfortunate when websites on the Internet allow anonymous reviewers to post fictitious information about reliable, professional businesses who are performing at the highest level for their customers. I would invite readers of this review to check our reviews and ratings on sites like Angie's List, Home Advisor and Google, and then compare us to our competitors (including my former employer)."

15. Plaintiff Andrew Altman adamantly contends that the content of the anonymous user's post on RipOff Report is entirely false. Specifically, Defendant John Doe's assertion that the Plaintiff forged client documents while employed at Mid-Atlantic is blatantly false. The Plaintiff

has never forged client documents. Furthermore, the Plaintiff was not terminated from his employment at Mid-Atlantic as a result of forging client documents. Additionally, Defendant John Doe's assertion that the Plaintiff fails to follow EPA and DEP regulations for mold and asbestos is blatantly false. The Plaintiff denies ever failing to follow EPA and DEP regulations for mold and asbestos. (See Attached Affidavit)

16. Despite posting said Rebuttal Post, Best Buy Waterproofing, LLC and Andrew Altman's reputation has been damaged as a direct result of the anonymous user's defamatory post. To date, Best Buy Waterproofing, LLC has lost three (3) new contracts with three (3) new clients as a direct result of the false and defamatory post published on RipOff Report. The value of each individual account lost as a result of the RipOff Report post is estimated to be at a minimum $15,000.00 per account.

## COUNT I-
## DEFAMATION/ LIBEL
### (Plaintiffs Against Defendant)

17. The Plaintiffs incorporate by reference each and every allegation contained in this Complaint as if fully set forth herein.

18. On May 19th, 2018, the Defendant John Doe published false statements regarding Plaintiff Andrew Altman and Plaintiff Best Buy Waterproofing, LLC on an online bulletin board website, "www.RipOffReport.com", owned by Xcentric Ventures, LLC.

19. Neither Plaintiff Andrew Altman or Best Buy Waterproofing, LLC are public officials.

20. The Defendant specifically stated ( in Report No. 1443771):

> "Andrew Altman should not have a hic [sic] lic [sic] in the [sic] any state. During his time at mid atlantic he forged clients documents on multiple occasions one causing his termination at the company. He also does not follow DEP and EPA regulations on mold or asbestos for his clients. His constent [sic] neglect for health is scare and down right inmoral [sic]. I pray that

conmsumers [*sic*] reach this report before it is to late dealing with managers that handle buainess [*sic*] such as MR. Altman has. This is not defamation in any way these are cold hard reality of duing [*sic*] business with Mr. Altman. Please do your research before just hiring anyone. I hope everyone has a blessed day."

21. The Defendant posted this false content with the intent of public scorn, hatred, contempt and/or ridicule against the Plaintiffs, and thereby discouraging others in the community from having a good opinion of, or associating with either Plaintiff Andrew Altman or his company, Best Buy Waterproofing. The Defendant is legally at fault in making the false statement.

22. As a direct and proximate result of the Defendant's statement, the Plaintiff Andrew Altman's personal and professional reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

23. As a direct and proximate result of the Defendant's statement, the Plaintiff Best Buy Waterproofing, LLC's reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

24. WHEREFORE, Plaintiffs demand judgment against the Defendant John Doe in an amount in excess of $75,000.00 in compensatory and punitive damages.

## COUNT II
## DEFAMATION- INJURIOUS FALSEHOOL AND
## DISPARAGEMENT OF TITLE
### (Plaintiffs Against Defendant)

25. The Plaintiffs incorporate by reference each and every allegation contained in this Complaint as if fully set forth herein.

26. Plaintiff Andrew Altman is the owner and operator of Best Buy Waterproofing, LLC, a Maryland corporation with its principal place of business located at 7501 Trafalgar Circle, Suite 466, Hanover, Maryland and is a resident of Anne Arundel County, Maryland.

27. On May 19th, 2018, the Defendant John Doe knowingly published false statements regarding Plaintiff Andrew Altman and Plaintiff Best Buy Waterproofing, LLC on an online bulletin board website, "www.RipOffReport.com", owned by Xcentric Ventures, LLC.

28. The Defendant specifically stated ( in Report No. 1443771):

> "Andrew Altman should not have a hic [sic] lic [sic] in the [sic] any state. During his time at mid atlantic he forged clients documents on multiple occasions one causing his termination at the company. He also does not follow DEP and EPA regulations on mold or asbestos for his clients. His constent [sic] neglect for health is scare and down right inmoral [sic]. I pray that conmsumers [sic] reach this report before it is to late dealing with managers that handle buainess [sic] such as MR. Altman has. This is not defamation in any way these are cold hard reality of duing [sic] business with Mr. Altman. Please do your research before just hiring anyone. I hope everyone has a blessed day."

29. The Defendant knowingly made this false publication online for the public to see with the intent and knowledge that anyone in the public who read the content, who may have wanted to use Best Buy Waterproofing, LLC for home waterproofing services, may no longer desire to use their services.

30. The Defendant acted with malice and intent to harm Plaintiff Andrew Altman and Plaintiff Best Buy Waterproofing, LLC when making these false statements about the Plaintiffs.

31. As a direct and proximate result of the Defendant's statement, the Plaintiff Andrew Altman's personal and professional reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

32. As a direct and proximate result of the Defendant's statement, the Plaintiff Best Buy Waterproofing, LLC's reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

33. WHEREFORE, Plaintiffs demand judgment against the Defendants John Doe in an amount in excess of $75,000.00 in compensatory and punitive damages.

## COUNT III
## INVASION OF PRIVACY- FALSE LIGHT
### (Plaintiffs Against Defendant)

34. The Plaintiffs incorporate by reference each and every allegation contained in this Complaint as if fully set forth herein.

35. Plaintiff Andrew Altman is the owner and operator of Best Buy Waterproofing, LLC, a Maryland corporation with its principal place of business located at 7501 Trafalgar Circle, Suite 466, Hanover, Maryland and is a resident of Anne Arundel County, Maryland.

36. On May 19th, 2018, the Defendant John Doe knowingly published false statements regarding Plaintiff Andrew Altman and Plaintiff Best Buy Waterproofing, LLC on an online bulletin board website, "www.RipOffReport.com", owned by Xcentric Ventures, LLC.

37. The Defendant specifically stated ( in Report No. 1443771):

> "Andrew Altman should not have a hic [sic] lic [sic] in the [sic] any state. During his time at mid atlantic he forged clients documents on multiple occasions one causing his termination at the company. He also does not follow DEP and EPA regulations on mold or asbestos for his clients. His constent [sic] neglect for health is scare and down right inmoral [sic]. I pray that conmsumers [sic] reach this report before it is to late dealing with managers that handle buainess [sic] such as MR. Altman has. This is not defamation in any way these are cold hard reality of duing [sic] business with Mr. Altman. Please do your research before just hiring anyone. I hope everyone has a blessed day."

38. The Defendant knowingly made this false publication online for the public to see with the intent and knowledge that anyone in the public who read the content, who may have wanted to use Best Buy Waterproofing, LLC for home waterproofing services, may no longer desire to use their services.

39. The Defendant improperly publicized facts about the Plaintiffs which placed both Plaintiffs in a false light by attributing to them characterizations and conduct that are false.

40. The Defendant knew that the facts publicized about the Plaintiffs were false, or printed with a reckless disregard for the truth of those facts. The publication of these facts were highly offensive to any reasonable person.

41. As a direct and proximate result of the Defendant's statement, the Plaintiff Andrew Altman's personal and professional reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

42. As a direct and proximate result of the Defendant's statement, the Plaintiff Best Buy Waterproofing, LLC's reputation has been damaged. Moreover, as a direct and proximate result of the Defendant's statements, to date the Plaintiff lost three (3) home waterproofing contracts (valued at a minimum $15,000.00 per contract).

43. WHEREFORE, Plaintiffs demand judgment against the Defendants John Doe in an amount in excess of $75,000.00 in compensatory and punitive damages.

Respectfully Submitted,

/s/ A Donald C Discepolo
A Donald C. Discepolo, Esquire
don@discepolollp.com
Brandon T. Wolven, Esquire
Brandon@discepolollp.com

DISCEPOLO LLP
8850 Columbia 100 Parkway
Suite 310
Columbia, Maryland 21045
(410)-296-0780

### Demand for Jury Trial

The Plaintiff respectfully demands a jury trial in this matter.


/s/ A Donald C Discepolo
A. Donald C. Discepolo