UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREW ALTMAN
7501 Trafalgar Circle
Suite 466

-and-

BEST BUY WATERPROOFING, LLC
7501 Trafalgar Circle
Suite 466
Hanover, Maryland 21076

       Plaintiffs,

V.

TYLER WAGNER
213 Fulton Street
Hanover, Pennsylvania 17344

Case No.: JKB-18-3814

\* \* \* \* \* \* \* \* \* \* \*

**PROPOSED CONSENT JUDGMENT AND ORDER**

    Before this Court is the Motion for Entry of Consent Judgment and Order filed by the Plaintiffs Andrew Altman and Best Buy Waterproofing, LLC, and Defendant Tyler Wagner. This motion was filed jointly and with the consent of all parties herein.

    The motion asks this Court to approve the parties' proposed settlement by granting an Entry of Consent Judgment and entering an Order enforcing a permanent injunction to remove Report No. 1443771 from www.ripoffreport.com. In support of said motion, both parties submit under the penalties of perjury, Affidavits of Testimony, offering testimonial evidence and support of their requests for this Court to enter judgment. (See attached, Plaintiffs Affidavit and Defendant's Affidavit). Based on said Affidavits, there is no question of fact that the content

Scanned with CamScanner

published through Report No. 1443771 on www.ripoffreport.com was not based on first-hand experience or knowledge and was not based on supporting factual evidence.

Whereby, the parties are seeking permanent injunction seeking the removal of Report No. 1443771 from www.ripoffreport.com. By granting this individual permanent injunction, this Court is *not* granting any prior restraint on the Defendant from any future speech or communications relating to the Plaintiffs, but merely retracting and removing the content of one singular post (Report No. 1443771) that was posted by the Defendant. By this Court granting said Entry of Consent Judgment, the Plaintiff will withdraw and release the Defendant from any and all liability and monetary damages, including compensatory and punitive damages resulting from Report No. 1443771.

This Court finds the terms of this Consent Judgment as adequate, fair, reasonable, and equitable, and should be approved.

As requested by the Motion for Entry of Consent Judgment, and consistent with the terms established with the Consent Judgment, this Court ORDERS:

A.) That Consent Judgment is ENTERED; and

B.) That this Court by Entering said Consent Judgment GRANTS relief of permanent injunction to have Report No. 1443771 removed from www.ripoffreport.com; and

C.) That by this Court GRANTING relief of permanent injunction for the removal of this one (1) publication, this Court will not be placing prior restraints on any future speech or communications protected by the U.S. Constitution First Amendment. However, this one (1) publication will be restricted from public review and consumption; and

D.) That by this Court entering the Consent Judgment, the Plaintiffs release the Defendant from any and all liability and monetary damages, including compensatory and punitive damages resulting from Report No.1443771; and

Scanned with CamScanner

E.) Any and all other relief this Court deems reasonable and necessary.

Dated: May 10, 2019

*James K. Bredar*
Honorable Judge
United States District Judge

Scanned with CamScanner